IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00138-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HAMZEH JAMAL ALASFAR, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Rule 17(c) early production, the United States' Response in opposition, and the unopposed Reply. (Doc. Nos. 46, 50, 55). Having considered the parties' briefs, the Court will grant the Motion and order:

(1) The subpoenaed entities, Verizon Communications, T-Mobile (and as successor to Sprint Corp.), AT&T Mobility, and the Global Standard Mobilization Organization – North America to comply with executed copies of the subpoenas attached to Defendant's unopposed Reply. *See* Doc. Nos. 55-1, 55-2, 55-3, 55-4.

(2) Specifically, the subpoenaed partied are directed to produce the subpoenaed materials to the office of counsel for defendant Alasfar on or before February 10, 2023, at 5:00 p.m.

**SO ORDERED.**

Signed: February 7, 2023

Kenneth D. Bell
United States District Judge