IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-00138-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HAMZEH JAMAL ALASFAR, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Accept Early Payment of Monetary Penalties (Doc. No. 94). The Court finds good cause to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon entry of the judgment, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court. **IT IS FURTHER ORDERED** that the United States shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

**SO ORDERED.**

Signed: August 7, 2023

Kenneth D. Bell
United States District Judge